**1680 BARCLAY (Admr.) vs. LANSING LUMBER COMPANY, No. 12335.**

To compel respondent or its officers to permit relator, who holds certain shares of stock in the respondent corporation, to inspect the stock book and the last inventory or balance sheet of said company, or give to relator a full statement in writing under the hand and oath of the officers, showing how much stock has been issued by said company, how much cash has been paid in therefor, who holds the stock of said company and how much each person holds, what are the assets and liabilities of said company and of what said assets consist.

The answer denied the ownership of the stock by the estate and alleged ownership in a third party.

An issue was framed and sent to the Ingham circuit for trial November 10, 1891.

**1681 DUSENBERRY vs. LOOKER ET AL., No. 15504; 3 D. L. N., 289; 67 N. W., 986. (Certiorari to Wayne.)**

To compel the president and secretary of a corporation to issue the necessary notice to re-convene the stockholders' meeting, for the purpose of holding an election in compliance with the minority law, 3 How. Stat., Sec. 4885a.

The circuit judge refused the application.

Affirmed June 30, 1896, with costs.

Held, that the duty sought to be imposed rests upon the directors themselves and not upon the officers named.